UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL CONSUL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 19-cv-03760-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Clerk transfer this case to the Central District of California and close the file.

**IT IS SO ORDERED.**

Dated: July 30, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge